# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon James,<br><br>             Plaintiff,<br><br>v.<br><br>City of Bullhead City, et al.,<br><br>             Defendants. | NO. CV-21-08091-PCT-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the parties having filed a Notice of Settlement, and the Court's order filed June 23, 2023, this action is dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

August 10, 2023

By  s/ Wendy Poth
    Deputy Clerk